## BLOCK v. HIRSH.

(Court of Appeals of District of Columbia.   Submitted November 15, 1920.
Decided November 15, 1920.)   No. 3454.

Appeal from the Supreme Court of the District of Columbia.

Action between Julius Block, trading and carrying on business under the name and style of Whites, and Louis Hirsh.   Judgment for the latter, and the former appeals.   Affirmed.

J. I. Peyser, J. C. Adkins, and Geo. E. Edelin, all of Washington, D. C., for appellant.

Wm. G. Johnson, of Washington, D. C. (Myer Cohen and Richard D. Daniels, both of Washington, D. C., on the brief), for appellee.

PER CURIAM.   For the reasons stated in our opinion in the case of Block v. Hirsh (No. 3372) 50 App. D. C. ——, 267 Fed. 614, the judgment in this case is affirmed, with costs.

SMYTH, Chief Justice.   I dissent, for the reasons expressed in my opinion when this case was here before, and adopt that opinion as my opinion in this case.